IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LAURENCE SCHMIDT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MERCK & CO., INC., also d/b/a MERCK, SHARP ) <br> AND DOHME and d/b/a MSD SHARP & DOHME ) <br> GmbH, et al., ) <br> Defendants. ) | Case No.: <br><br> **JURY TRIAL DEMANDED** |

### PFIZER INC.'S CERTIFICATION OF CONSENT AND AGREEMENT TO JOIN IN REMOVAL

Defendant, Pfizer Inc., by and through its attorneys and without waiving any defenses in this action, hereby certifies that it joins in and consents to the removal of the above-captioned action, from the Circuit Court of Madison County, Illinois, to the United States District Court for the Southern District of Illinois, East St. Louis Division, pursuant to 28 U.S.C. § 1332, 1441, and 1446.

Dated: October 31, 2006

By: /s/ Robert H. Shultz, Jr.
HEYL, ROYSTER, VOELKER & ALLEN
Robert H. Shultz, Jr. - #03122739
103 West Vandalia Street, Suite 100
Edwardsville, Illinois 62025
(618) 656-4646
**Attorneys for Pfizer Inc.**

EXHIBIT 3