CLOSED, STAY

# U.S. District Court
## Southern District of Illinois (East St. Louis)
### CIVIL DOCKET FOR CASE #: 3:06-cv-00878-JPG-PMF
#### Internal Use Only

| | |
|---|---|
| Schmidt v. Merck & Co Inc et al<br>Assigned to: Judge J. Phil Gilbert<br>Referred to: Mag Judge Philip M. Frazier<br>Cause: 28:1441 Petition for Removal- Product Liability | Date Filed: 11/07/2006<br>Jury Demand: Defendant<br>Nature of Suit: 365 Personal Inj. Prod. Liability<br>Jurisdiction: Diversity |

**Plaintiff**

**Laurence Schmidt**  represented by  **Aaron K. Dickey**
Goldenberg, Heller, et al.
Generally Admitted
2227 South State Route 157
P.O. Box 959
Edwardsville, IL 62025
618-656-5150
Fax: 618-656-6230
Email: Aaron@gmhalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merck & Co Inc**  represented by  **Dan H. Ball**
*d/b/a Merck, Sharp and Dohme and*  Bryan Cave - St. Louis
*d/b/a MSD Sharp & Dohme GmbH*  Generally Admitted
211 North Broadway
One Metropolitan Square, Suite 3600
St. Louis, MO 63102
314-259-2000
Email: dhball@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randy J. Soriano**
Bryan Cave - St. Louis
Generally Admitted
211 North Broadway
One Metropolitan Square, Suite 3600
St. Louis, MO 63102
314-259-2000
Email: rjsoriano@bryancave.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert T. Ebert**
Bryan Cave - St. Louis
Generally Admitted
211 North Broadway
One Metropolitan Square, Suite 3600
St. Louis, MO 63102
314-259-2000
Fax: 314-259-2020
Email: rtebert@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen G. Strauss**
Bryan Cave - St. Louis
Generally Admitted
211 North Broadway
One Metropolitan Square, Suite 3600
St. Louis, MO 63102
314-259-2444
Fax: 314-259-2020
Email: sgstrauss@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pfizer Inc**                          represented by  **Robert H. Shultz, Jr.**
Heyl, Royster et al. - Edwardsville
103 West Vandalia Street
P.O. Box 467
Edwardsville, IL 62025
618-656-4646
Email: rshultz@hrva.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Walgreen Co**                         represented by  **David A. Dick**
*d/b/a Walgreens*
Thompson Coburn - St. Louis, MO
One US Bank Plaza
Suite 2600
St. Louis, MO 63101
314-552-6000
Email: ddick@thompsoncoburn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**B. Matthew Struble**
Thompson Coburn - St. Louis, MO

One US Bank Plaza
Suite 2600
St. Louis, MO 63101
314-552-6000
Fax: 314-552-7000
Email: mstruble@thompsoncoburn.com

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/07/2006 | 1 | Case Opened. Filing fee paid $ 350.00, Receipt Number 300 115077. Documents may now be electronically filed. Case number 06-878-JPG must be placed on all documents prior to filing them electronically. (Attachments: # 1 Consent to Magistrate Judge)(bkl) (Entered: 11/07/2006) |
| 11/07/2006 | 2 | NOTICE OF REMOVAL by Merck & Co Inc from Madison County, case number 06L873. ( Filing fee $ 350) (Attachments: # 1 Exhibit 1 Page 1 of 2# 2 Exhibit 1 Page 2 of 2# 3 Exhibit 2# 4 Exhibit 3# 5 Civil Cover Sheet)(Soriano, Randy) (Entered: 11/07/2006) |
| 11/07/2006 | 3 | ANSWER to Complaint with Jury Demand by Merck & Co Inc.(Soriano, Randy) (Entered: 11/07/2006) |
| 11/07/2006 | 4 | MOTION to Stay *All Proceedings* by Merck & Co Inc. (Soriano, Randy) (Entered: 11/07/2006) |
| 11/07/2006 | 5 | Corporate Disclosure Statement by Merck & Co Inc. (Soriano, Randy) (Entered: 11/07/2006) |
| 11/08/2006 | 6 | CONSENT to Removal byPfizer Inc. (Shultz, Robert) (Entered: 11/08/2006) |
| 11/08/2006 | 7 | ANSWER to Complaint with Jury Demand by Pfizer Inc.(Shultz, Robert) (Entered: 11/08/2006) |
| 11/09/2006 | 8 | Corporate Disclosure Statement by Pfizer Inc. (Shultz, Robert) (Entered: 11/09/2006) |
| 11/14/2006 | 9 | ORDER granting 4 Motion to Stay Case.Signed by Judge J. Phil Gilbert on 11/14/06. (dka, ) (Entered: 11/14/2006) |
| 12/21/2006 | 10 | Summons Issued as to Walgreen Co. (car) (Entered: 12/21/2006) |
| 01/08/2007 | 11 | ORDER OF RECUSAL. Judge Clifford J. Proud recused. Case reassigned to Judge Philip M. Frazier for all further pretrial no dispositive motion. Signed by Judge Clifford J. Proud on 1/8/07. (amv)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 01/08/2007) |
| 01/11/2007 | 12 | NOTICE of Appearance by David A. Dick on behalf of Walgreen Co (Dick, David) (Entered: 01/11/2007) |

| | | |
|---|---|---|
| 01/11/2007 | 13 | CONSENT to Removal byWalgreen Co. (Dick, David) (Entered: 01/11/2007) |
| 01/11/2007 | 14 | Corporate Disclosure Statement by Walgreen Co. (Dick, David) (Entered: 01/11/2007) |
| 01/18/2007 | 15 | NOTICE of Appearance by B. Matthew Struble on behalf of Walgreen Co (Struble, B.) (Entered: 01/18/2007) |
| 01/24/2007 | 16 | STRICKEN PER NOTICE AT 18 - MOTION to Dismiss by Walgreen Co. Responses due by 2/26/2007 (Attachments: # 1 Affidavit)(Dick, David) Modified on 1/25/2007 (msd, ). (Entered: 01/24/2007) |
| 01/24/2007 | 17 | STRICKEN PER NOTICE AT 18 - MEMORANDUM in Support re 16 MOTION to Dismiss filed by Walgreen Co. (Dick, David) Modified on 1/25/2007 (msd, ). (Entered: 01/24/2007) |
| 01/25/2007 | 18 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 16 Motion to Dismiss filed by Walgreen Co, 17 Memorandum in Support of Motion filed by Walgreen Co. See attached document for specifics (msd, ) (Entered: 01/25/2007) |
| 01/25/2007 |  | Motion to dismiss 16 and response deadline terminated (Entered: 01/25/2007) |
| 01/25/2007 | 19 | MOTION to Dismiss by Walgreen Co. Responses due by 2/27/2007 (Attachments: # 1 Affidavit)(Dick, David) (Entered: 01/25/2007) |
| 01/25/2007 | 20 | MEMORANDUM in Support re 19 MOTION to Dismiss filed by Walgreen Co. (Dick, David) (Entered: 01/25/2007) |
| 05/04/2007 | 21 | ORDER TRANSFERRING CASE TO OTHER DISTRICT: Case transferred to Northern District of CA, MDL 05-1699 in re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation. (Attachments: # 1 Letter from NDCA)(myz ) (Entered: 05/07/2007) |